# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**
    Plaintiff,

-vs-                                          Case No. 6:08-cv-275-Orl-28KRS

**GMC HOLDING CORPORATION,
RICHARD BRACE,**
    Defendants.

___

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Default Judgment Against Defendant GMC Holding Corporation (Doc. No. 24) filed November 6, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

The Court has conducted an independent *de novo* review of the record in this matter and has considered the "Objections to Magistrate Judge's December 23, 2008 Report and Recommendation" (Doc. No. 32) filed January 16, 2009 by the Securities and Exchange Commission ("SEC"). The SEC has alleged that GMC Holding Corporation engaged in violations of the federal securities law in connection with this action prior to the Complaint being filed. The SEC argues that these violations are sufficient to grant permanent injunctive relief and there does not need to be a prior judicial determination of violations to afford such injunctive relief. This Court agrees that the violations engaged in by GMC Holding Corporation in this matter are sufficient for injunctive relief. Therefore, the Court sustains Plaintiff's Objection and declines to adopt that portion of the Report and

Recommendation denying the Plaintiff's request for injunctive relief. The Court, however, adopts the Report and Recommendation in all other respects.

Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 23, 2008 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** in part.

2. Plaintiff's Amended Motion for Default Judgment Against Defendant GMC Holding Corporation (Doc. No. 24) is **GRANTED**.

3. GMC Holding Corporation is permanently enjoined from future violations of Sections 5(a), 5(c), and 17(a) of the Securities Act of 1933, and Section 10(b) and Rule 10b-5 of the Securities Exchange Act of 1934.

4. GMC Holding Corporation is **ORDERED** to disgorge to the SEC the sum of $2,090,000.00.

5. GMC Holding Corporation is **ORDERED** to pay prejudgment interest to the SEC in the amount of $111,983.73.

6. Civil Penalties are awarded against GMC Holding Corporation in an amount to be determined consistent with third tier penalties pursuant to 15 U.S.C. § 77t(d)(2)(c) and 15 U.S.C. § 78u(d)(3)(B)(iii). The SEC shall provide to the Court within ninety (90) days from the date of this Order, an amount certain for the civil penalties along with a supporting memorandum. Failure by the SEC to provide an amount certain will result in the forfeiture of the civil penalties.

7. The Clerk is directed to enter judgment in favor of the SEC and against GMC Holding Corporation in the amount set forth in this Order.

8. After entry of judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of February, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party